FILED: June 8, 2018

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7304
(3:16-cv-00749-FDW-DCK)

_____

MARIELA HERNANDEZ REYES

      Plaintiff - Appellant

v.

LEE FRANCIS CISSNA, Director, US Citizenship and Immigration Services

      Defendant - Appellee

_____

O R D E R
_____

The court grants the petition for rehearing.

For the Court

/s/ Patricia S. Connor, Clerk